IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAKE CHAPMAN,<br><br>         Petitioner,<br><br>     v.<br><br>SHERIFF JOHN T. WILCHER,<br><br>         Respondent. | CIVIL ACTION NO.: 4:20-cv-124 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 6.) Petitioner Jake Chapman ("Chapman") did not file Objections to the Report and Recommendation.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Chapman's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Chapman *in forma pauperis* status on appeal.

**SO ORDERED**, this 11th day of January, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fact, the Court's mailing was returned as undeliverable, with the notations: "No longer at this address" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." (Doc. 7.) Chapman's failure to notify the Court of any change in his address provides a separate, independent reason to dismiss his habeas petition. Local R. 11.1.